United States Courts
Southern District of Texas
ENTERED

DEC 1 3 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID B. DUNCAN,<br><br>Defendant. | CRIM. NO. 02-209 |

**ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S GUILTY PLEA AND TO DISMISS THE INFORMATION**

The Court, having considered Defendant David Duncan's Unopposed Motion to Withdraw His Guilty Plea and to Dismiss the Information, the memorandum of law, the exhibits submitted with the Motion, and all other relevant matters, and taking note that the Government does not oppose this Motion, determines that the Motion should be GRANTED.

It is therefore ORDERED that (1) David Duncan's April 9, 2002 plea of guilty to one count of obstruction of justice is hereby withdrawn and (2) the Information, filed April 9, 2002, is hereby dismissed without prejudice.

Dated: Houston, Texas
December 12, 2005

SO ORDERED:

Melinda Harmon
Honorable Melinda Harmon
United States District Judge